**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

In re

MARTHA AKERS,

     *Debtor.*

MARTHA AKERS,

     *Appellant,*

   v.

WENDELL W. WEBSTER,

     *Appellee.*

No. 19-cv-3335 (DLF)

Bankruptcy No. 16-0600

## MEMORANDUM OPINION

On November 4, 2019, Martha Akers filed a notice of appeal from bankruptcy case No. 16-0600. Dkt. 1.

On February 5, 2020, the Clerk of Court provided the parties with notice of transmission of the record on appeal. Dkt. 6. In that notice, the Clerk of Court notified appellant Martha Akers that Rule 8018(a) of the Bankruptcy Rules of Civil Procedure required her to serve and file any brief within 30 days, and that her failure to do so could result in dismissal on appellee's motion or, after notice, on the Court's own motion. *Id.*

On March 9, 2020, Akers still had not filed a brief, and the Court issued a minute order explaining that Akers had missed her Rule 8018(a) deadline. The Court further explained that if an appellant fails to file a brief on time, the district court, "after notice, may dismiss the appeal on its own motion." Fed. R. Bankr. P. 8018(a)(4). The Court notified Akers that if she wished

to pursue her appeal, she was required to file a brief on or before March 20, 2020. The Court also cautioned that failure to do so could result in dismissal of Akers's appeal.

On March 27, 2020, appellee Wendell W. Webster filed a motion to dismiss on the grounds that Akers had not filed a brief. Dkt. 9.

As of today, May 6, 2020, Akers still has not filed a brief. It has been two months since the original deadline of March 6 and nearly seven weeks since the Court's extended deadline of March 20. The Court thus will grant Webster's motion and dismiss this appeal. A separate order consistent with this decision accompanies this memorandum opinion.

DABNEY L. FRIEDRICH
May 6, 2020                                          United States District Judge

2